1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.:  2:15-CV-01232-GEB-EFB<br><br>*Assigned to Courtroom 10*<br>*The Hon. Judge Garland E. Burrell, Jr.;*<br>*The Hon. Magistrate Judge Edmund F. Brennan*<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed:       06/10/2015<br>Current Response Due: 08/27/2015<br>New Response Date:    09/10/2015 |

1 **ORDER**

2    The Court has reviewed the Stipulation filed on August 28, 2015, to extend
3 Capital One's time to file a responsive pleading by 14 days.  Therefore, Capital One's
4 time to file a responsive pleading to the Complaint  is  14 days from the date on which
5 this order is filed.

6    Dated:  August 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge