**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER CARTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:15-CV-01232-GEB-EFB<br><br>*Assigned to Courtroom 10*<br>*The Hon. Judge Garland E. Burrell, Jr.;*<br>*The Hon. Magistrate Judge Edmund F. Brennan*<br><br>**ORDER FURTHER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*[Stipulation filed concurrently herewith]*<br><br>Complaint Filed:　　06/10/2015 |

ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

# ORDER

The Court has reviewed the Stipulation filed by Plaintiff Heather Carter and Defendant Capital One Financial Corporation ("Capital One") to further extend Capital One's time to file a responsive pleading by 14 days. The Stipulation is incorporated herein by reference. The Court hereby rules as follows:

Capital One's time to file a responsive pleading to the Complaint is extended. Capital One shall file its responsive pleading to the Complaint on or before September 25, 2015.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge